

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Detention Center*

*Office of the Warden*

2425 South 200th Street
P.O. Box 13901
Seattle, Washington 98198-1091

July 28, 2023



Honorable Solomon Oliver, Jr.
U.S. District Judge
Carl B. Stokes U.S. Courthouse
801 West Superior Ave, Courtroom 19A
Cleveland, OH 44113-1834

RE: Durachinsky, Phillip
    Reg. No.: 64573-060
    Case No.: 1:18 CR 22

Dear Judge Oliver:

In accordance with your court order dated June 7, 2023, Mr. Durachinsky was committed to the Federal Detention Center, SeaTac, Washington (FDC SeaTac), for a period of study to determine his mental competency.

The defendant arrived at FDC SeaTac on July 19, 2023, for his 30-day evaluation. Due to the upcoming leave schedule of the assigned psychologist and the current heavy caseload, we are requesting a 15-day extension. If you concur, the evaluation period will end on September 2, 2023, and the report will be submitted afterwards as soon as practicable. If the Court has questions or comments regarding the evaluation, please contact Cynthia A. Low, Ph.D., Forensic Unit Psychologist, at (206) 870-5795.

Sincerely,

Howard C. Barron, Jr.
Warden

cc: Michael Sullivan, AUSA
    Justin J. Roberts, Defense Attorney