Case No. 23-4019

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

PHILLIP R. DURACHINSKY

    Defendant - Appellant

Upon consideration of the motion of Christian J. Grostic to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be and it hereby is **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: December 28, 2023