

**U.S. Department of Justice**
Federal Bureau of Prisons

*Metropolitan Correctional Center*

Chicago, IL 60605

*Office of the Warden*

January 4, 2024

FILED
JAN 16 2024

**The Honorable Judge Soloman Oliver, Jr.**
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, Ohio 44113

RE: Name: Durachinsky, Phillip R.
Docket No: 1:18 CR 22
Reg. No.: 64573-060

Dear Judge Solomon Oliver, Jr.:

This letter is in response to the Court order filed on December 8, 2023, which ordered the above named defendant, pursuant to Title 18, United States Code, Section 4241 (d), to be committed to the custody of the Attorney General for an initial period, not to exceed four months, for a determination whether there is a substantial probability in the foreseeable future that he will attain the capacity to permit the proceedings to go forward. The defendant was designated to the Metropolitan Correctional Center (MCC) Chicago, Illinois, on December 12, 2023 and he arrived at the institution on December 27, 2023.

Pursuant to Title 18, U.S.C., § 4241 (d) (1), the defendant was ordered to be hospitalized in a suitable facility, as defined in Title 18, U.S.C., 4247 (a) (2), for such reasonable period of time, not to exceed four months. It is anticipated that the evaluation will be complete by April 25, 2024 and the report will be routed to the Court by May 16, 2024.

Should you have any questions regarding the evaluation, please contact Dr. Abdelaal at (312) 322-0567, Ext. 1165. For any other questions, please contact me at (312) 322-0567, Ext. 1500.

Respectfully,

Susan Rudolph
Acting Warden