

U.S. Department of Justice
Federal Bureau of Prisons
Metropolitan Correctional Center
71 W. Van Buren Street
Chicago, Illinois 60605

FILED
MAY 13 2024

*Office of the Warden*

May 2, 2024

**The Honorable Judge Soloman Oliver, Jr.**
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, Ohio 44113

RE:   Name: Durachinsky, Phillip R.
Docket No: 1:18 CR 22
Reg. No.: 64573-060

Dear Judge Solomon Oliver, Jr.:

This letter is in response to the Court order filed on December 8, 2023, which ordered the above named defendant, pursuant to Title 18, United States Code, Section 4241 (d), to be committed to the custody of the Attorney General for an initial period, not to exceed four months, for a determination whether there is a substantial probability in the foreseeable future that he will attain the capacity to permit the proceedings to go forward. The defendant was designated to the Metropolitan Correctional Center (MCC) Chicago, Illinois, on December 12, 2023, and he arrived at the institution on December 27, 2023.

The evaluation for the defendant has been completed. However, due to the volume of records needing to be reviewed for completion of the report, in addition to multiple deadlines arising due to unforeseen circumstances, and recently scheduled testimony, the assigned evaluator is requesting additional time to complete the report. The additional time for the report is needed in order for the evaluator to provide a diagnosis and opinion regarding the issue of competency to proceed. Should you grant this request for an extension of time for the report, it is anticipated the report will be routed to the Court by May 30, 2024.

Should you have any questions regarding the evaluation, please contact Dr. Abdelaal at (312) 322-0567, Ext. 1165. For any other questions, please contact me at (312) 322-0567, Ext. 1500.

Respectfully,

D. Baysore
Warden