UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18 CR 22 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP R. DURACHINSKY, | ) | |
| | ) | |
| Defendant | ) | **PRETIAL CONFERENCE ORDER** |

    The court held a pretrial conference on the record May 15, 2024 to obtain information regarding the destruction of Mr. Durachinsky's property brought to the court's attention on May 8, 2024 by Deputy U.S. Marshal Crossman. Assistant U.S. Attorney Matthew Shepherd was present for the government. Assistant Federal Public Defenders Darin Thompson and Christian Grostic were present with Defendant Phillip R. Durachinsky. Also present were Captain Kenneth Kountz, Lieutenant Matthew Dugan and Officer Steven Morlan of the Mahoning County Sheriff's Department and Deputy U.S. Marshal Matthew Crossman.

    The court heard testimony from Deputy U.S. Marshal Crossman and Captain Kountz regarding the matter.

    The court then turned its attention to a letter received by the Bureau of Prisons asking for additional time to complete the psychiatric report until May 30, 2024. The court will set a hearing regarding whether there is a substantial probability in the forseeable future that Defendant can attain

the capacity to permit the proceedings in this matter to go forward once the report has been received.

Any further matters will also be addressed at that time.

       IT IS SO ORDERED.

                                          */s/SOLOMON OLIVER, JR.*
                                          UNITED STATES DISTRICT JUDGE

May 16, 2024