IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR022 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP R. DURACHINSKY, | ) | NOTICE OF APPEARANCE |
| | ) | (CO-COUNSEL) |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Rebecca C. Lutzko, United States Attorney, and Om M. Kakani, Assistant U.S. Attorney, and respectfully advises the Court that the undersigned will appear as co-counsel of record, and requests that all notices and entries sent by this Court to Matthew W. Shepherd, Assistant U.S. Attorney, also be sent to Om M. Kakani, Assistant U.S. Attorney.

    Respectfully submitted,

    REBECCA C. LUTZKO
    United States Attorney

By:   /s/ Om M. Kakani
    Om M. Kakani (4337705 NY)
    Assistant United States Attorney
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3756
    (216) 522-2403 (facsimile)
    Om.Kakani@usdoj.gov