UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18 CR 22 |
| Plaintiff | ) ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) ) | |
| PHILLIP R. DURACHINSKY, | ) ) | |
| Defendant | ) | **PRETIAL CONFERENCE ORDER** |

The court held a Competency Hearing on September 24, 2024 at 1:30 p.m. Present at the pretrial were Assistant U.S. Attorneys Om Kakani, Matthew Shepherd and Jeffrey Pearlman. Assistant Federal Public Defenders Darin Thompson and Christian Grostic were present with Defendant Phillip R. Durachinsky.

Expert witness testimony of Drs. Yasmeen Abdelaal and Allen D. McConnel was taken. The court had some colloquy with counsel after the testimony was complete regarding how this matter would proceed depending on whether the court rules that Defendant is competent or incompetent. The court takes this matter under advisement for approximately 30 days. For the reasons stated on the open record, the court also finds, under 18 U.S.C. § 3161(h)(7)(A) and (B), the ends of justice served by continuance of trial outweigh the best interests of the public and the Defendant in a speedy trial. A pretrial conference in this matter will be set upon the court's ruling regarding Defendant's competency to stand trial and assist in his own defense.

IT IS SO ORDERED.

*/s/SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 25, 2024