UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18 CR 22 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP R. DURACHINSKY, | ) | |
| | ) | |
| Defendant | ) | **STATUS CONFERENCE ORDER** |

The court held a Telephone Status Conference on April 3, 2025 at 3:00 p.m. to discuss issues surrounding Defendant's designation and transport for competency restoration. Present on the call were Assistant U.S. Attorney Matthew Shepherd, Assistant Federal Public Defender Darin Thompson, and Deputy U. S. Marshal Jeff Oleksiak. The court reporter was Susan Trischan.

The court was advised by Officer Oleksiak that Mr. Durachinsky has recently arrived at FMC Butner for restoration to competency that was ordered by this court on November 13, 2024, despite having advised the court by way of e-mail on November 18, 2024 that Mr. Durachinsky has been designated and was awaiting transport to the facility. The court was advised by further e-mail on April 1, 2025 that a bed space had not become available until March, and therefore, despite the Court's Order, Mr. Durachinsky was not transported in November. He finally arrived for restoration at the designated facility on March 25, 2025.

Counsel for the parties advised the court that they became aware of a delay earlier, and had

some discussion about that. However, no one anticipated it would take this long. The court expressed its concern about the delay and Defense Counsel indicated he was appalled at the delay. Counsel for the parties had no further comment except that they would keep the court apprised if there are any further developments.

       IT IS SO ORDERED.

                                              */s/SOLOMON OLIVER, JR.*
                                              UNITED STATES DISTRICT JUDGE

April 4, 2025