IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR22 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP R. DURACHINSKY, | ) | NOTICE OF WITHDRAWAL |
| | ) | OF COUNSEL |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Carol M. Skutnik, Acting United States Attorney, and Michael A. Sullivan, Assistant United States Attorney, and hereby notifies this Court that the undersigned is no longer counsel of record, and respectfully requests that the Court no longer include the undersigned on the ECF system for this case.  The instant case is currently assigned to Matthew Shepherd, Assistant United States Attorney, who will receive all ECF notifications.

          Respectfully submitted,

          CAROL M. SKUTNIK
          Acting United States Attorney

By:   /s/ Michael A. Sullivan
        Michael A. Sullivan (NY: 2249993)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3977
        (216) 522-3370 (facsimile)
        Michael.A.Sullivan@usdoj.gov