

FILED
APR 15 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
P. O. Box 1600
*Butner, North Carolina 27509*

March 25, 2025

The Honorable Solomon Oliver, Jr.
Carl B. Stokes United States Court House
801 West Superior Avenue, Courtroom 19A
Cleveland, Ohio 44113-1834

RE: DURACHINSKY, Phillip R.
Register Number: 64573-060
Docket Number: 1:18-cr-00022-SO

Dear Judge Oliver:

    The above-referenced individual was admitted to the Mental Health Unit of FMC-Butner on March 25, 2025, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

    Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. We have calculated the evaluation period to end on July 22, 2025. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 <u>working days</u> of the end date.

    Please be advised we have limited PACER access and therefore request <u>ALL</u> relevant court orders be emailed to <u>s1burroughs@bop.gov</u> to ensure we are compliant with all court directives.

    I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Ms. Stacey Burroughs, Health Services Assistant, at extension 6030.

Respectfully,

B. Lott, Acting Warden

cc:   Matthew W. Shepherd/Om Kakani, Assistant United States Attorney
      Darin Thompson /Christian J. Grostic/Justin J. Roberts, Defense Attorney