UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

No: 23-4019

---

Filed: April 25, 2025
1:18-cr-00022-SO

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

PHILLIP R. DURACHINSKY

    Defendant - Appellant

MANDATE

Pursuant to the court's disposition that was filed 04/02/2025 the mandate for this case hereby issues today. Affirmed.

COSTS: None