# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 2, 2025

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Jul 03, 2025
KELLY L. STEPHENS, Clerk

Re: Phillip R. Durachinsky
v. United States
No. 25-5014
(Your No. 23-4019)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 30, 2025 and placed on the docket July 2, 2025 as No. 25-5014.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst