UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18 CR 22 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP R. DURACHINSKY, | ) | |
| | ) | |
| Defendant | ) | **STATUS CONFERENCE ORDER** |

The court held a Competency Hearing on the record, on September 8, 2025 at 3:30 p.m. regarding the Psychiatric Report dated August 1, 2025 and filed with the court on August 8, 2025. Assistant U.S. Attorneys Matthew Shepherd and Om Kakani were present for the government. Attorney Darin Thompson was present with Defendant Phillip R. Durachinsky. Greg Mizanin was the court reporter.

Though the court made a ruling finding that Mr. Durachinsky was competent, it vacated that ruling based on Mr. Durachinsky's request that he have additional time to raise issues regarding the facts in the report. The government did not object to the request.

The court finds, for all the reasons stated on the open record, under 18 U.S.C. § 3161(h)(7)(A) and (B), the ends of justice served by continuance of trial outweigh the best interests of the public and the Defendant in a speedy trial, including the fact that Defendant wishes more time and to have the ability to raise issues about the report that cannot be raised today. The court will

continue this case for approximately 45 days so that Defendant can speak with Mr. Thompson, and to allow time for any witnesses they wish to call to be properly notified.  Defense Counsel requested on the record that any observational notes or other parts of the competency report not already made available to the court be produced. Counsel for the Government and Defendant shall confer regarding the request for production of notes to discuss what documents, if any, should be produced in conjunction with testimony.

        IT IS SO ORDERED.

                                            */s/SOLOMON OLIVER, JR.*
                                            UNITED STATES DISTRICT JUDGE

September 9, 2025