# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 24-4009

_____

Filed: November 04, 2025

UNITED STATES OF AMERICA

    Plaintiff - Appellee

1:18cr22 - SO

v.

PHILLIP R. DURACHINSKY

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 10/10/2025 the mandate for this case hereby issues today.  Affirmed

COSTS:  None