# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:18CR022 |
| Plaintiff, | : | |
| | : | JUDGE SOLOMON OLIVER, JR. |
| -vs- | : | |
| PHILLIP R. DURACHINSKY, | : | **NOTICE OF INTENT TO** |
| | : | **STIPULATE TO COMPETENCE** |
| Defendant. | : | |

Defendant, through counsel, hereby gives Notice of Intent to stipulate to competence as stated in the sealed Psychiatric Report (R. 239). Mr. Durachinsky provides notice to this Court that he will stipulate to competence at the competency hearing scheduled for December 5, 2025, to proceed to trial.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Darin Thompson*
DARIN THOMPSON
Assistant Federal Public Defender
Ohio Bar: 0067093
Office of the Federal Public Defender
1660 West Second Street, Suite 750
Cleveland, OH 44113
(216) 522-4856   Fax:(216) 522-4321
E-mail: darin_thompson@fd.org