UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18 CR 22 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP R. DURACHINSKY, | ) | |
| | ) | |
| Defendant | ) | **STATUS CONFERENCE ORDER** |

The court set this matter for a Competency Hearing on December 5, 2025 at 10:00 a.m. On December 2, 2025, counsel for Mr. Durachinsky filed a Notice of Intent to Stipulate to Competence, (ECF No. 249). Present in court were Assistant U.S. Attorneys Matthew Shepherd and Brian Deckert. Assistant Federal Public Defender Darin Thompson was present with Defendant Phillip R. Durachinsky. The court reporter was George Staiduhar.

The court held a colloquy with Counsel for both Parties and Defendant prior to its determination of competency of the Defendant. For the reasons stated on the record, the court finds Defendant to be restored to competence to stand trial and assist in his defense.

The court then turned to the issue of new counsel representation for Mr. Durachinsky. Defendant requested that new counsel be provided to represent him, for the reasons stated on the open record. The court determined that it would appoint new counsel for Mr. Durachinsky. Given the voluminous discovery in this case, the court continued this case to allow time for new counsel

to be appointed, and receive the voluminous discovery and have discussions with Mr. Durachinsky regarding his case. A Pretrial Conference is set for January 9, 2026 at 3:00 p.m. at which time new case dates and deadlines will be discussed.  The court finds, under 18 U.S.C. § 3161(h)(7)(A) and (B), the ends of justice served by continuance of trial outweigh the best interests of the public and the Defendant in a speedy trial.

       IT IS SO ORDERED.

                                      */s/SOLOMON OLIVER, JR.*
                                      UNITED STATES DISTRICT JUDGE

December 5, 2025