IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR22 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP R. DURACHINSKY, | ) | NOTICE OF APPEARANCE AND |
| | ) | SUBSTITUTION OF COUNSEL |
| Defendant. | ) | |

    Now comes the United States of America, by and through its attorneys, David M. Toepfer, United States Attorney, and Brian S. Deckert, Assistant United States Attorney, and hereby enters his appearance as attorney of record for the government in the within action, and respectfully requests this Court that he be substituted for, and in place of, Om Kakani, for all further proceedings and notices in the within action, as attorney for the United States of America.

                                                                       Respectfully submitted,

                                                                       DAVID M. TOEPFER
                                                                       United States Attorney

                              By:   /s/ Brian S. Deckert
                                          Brian S. Deckert (OH: 0071220)
                                          Assistant United States Attorney
                                          United States Court House
                                          801 West Superior Avenue, Suite 400
                                          Cleveland, OH 44113
                                          (216) 622-3873
                                          (216) 685-2378 (facsimile)
                                          Brian.Deckert@usdoj.gov