UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18 CR 22 |
| | ) | |
|    Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
|   v. | ) | |
| | ) | |
| PHILLIP R. DURACHINSKY, | ) | |
| | ) | |
|    Defendant | ) | **STATUS CONFERENCE ORDER** |

The court held an In-Person Pretrial Status Conference on May 8, 2026. Assistant U. S. Attorneys Matthew Shepherd and Gaelin Bernstein were present for the government. Attorneys Michael Goldberg and Timothy Kucharsky were present with Defendant Phillip R. Durachinsky.

Mr. Shepherd advised that the government has now provided discovery in this matter to Mr. Durachinsky's new counsel, and that the government is open to negotiations toward resolution if Defendant wishes to resolve this matter short of trial. The government requested that a firm trial date be set for some time in November or December 2026, as well as a firm date for a plea deadline at least 45 days prior to the selected trial date, and perhaps two or three additional status conferences to ensure this matter stays on track, to which Defense Counsel agreed. Mr. Shepherd further advised that he expects trial to last approximately 2 weeks.

Attorney Kucharski indicated that Defense Counsel has indeed received the extremely voluminous discovery in this case, and they are in the process of reviewing it. He further indicated

that some clarification regarding the discovery are needed through discussion with the government. Accordingly, Mr. Kucharski made an oral motion for continuance of this matter for approximately 45 days, to which the government did not object. The court grants the continuance for the reasons stated on the open record and finds, under 18 U.S.C. § 3161(h)(7)(A) and (B), the ends of justice served by continuance of trial outweigh the best interests of the public and the Defendant in a speedy trial.

The court will hold another In-Person Status Conference on June 23, 2026 at 10:30a.m. in Courtroom 19A.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

May 8, 2026