UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18 CR 22 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP R. DURACHINSKY, | ) | |
| | ) | |
| Defendant | ) | **STATUS CONFERENCE ORDER** |

The court held an In-Person Pretrial Conference on June 23, 2026 AT 10:30 a.m. Assistant U. S. Attorneys Brian Deckert and Gwelin Bernstein were present for the government. Attorneys Michael Goldberg and Timothy Kucharski were present with Mr. Durachinsky.

The government advised that all the discovery that could be provided to the Defense has been provided, but there is some discovery that must be maintained in the custody of the government that the Defense still wishes to review. The government advised it would make the materials available within 30 days. The defense shall have 45 days after the government's disclosure to retain any expert if it is going to do so.

Counsel for the government advised that it would be prudent to set a firm trial date at this time, and that it expects trial to last approximately two weeks. Counsel for Defendant advised that Mr. Durachinsky wishes to contest all 36 counts and agreed that a trial date should be set, but requested a date in January, rather than the November or December 2026 date that was mentioned

at the last pretrial conference, due to their respective schedules.  The court advised the parties that it would set a trial in January if its schedule permitted but if not, would set a date no later than February.  The court grants Defendant's oral motion for the additional time to review all the possible additional discovery and determine whether the defense will pursue obtaining an expert and for time to prepare for trial, as stated on the open record, without objection from the government.  The court finds, under 18 U.S.C. § 3161(h)(7)(A) and (B), the ends of justice served by continuance of trial outweigh the best interests of the public and Defendant in a speedy trial.

Finally, the court addressed a modification request of Defendant's bond conditions by the Pretrial and Probation Officer.  After some colloquy with both government and defense counsel, as well as the Pretrial and Probation Officer and Mr. Durachinsky, and despite Mr. Durachinsky's objections, the court granted said modification as set forth on the open record.

IT IS SO ORDERED.

*/s/SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

June 24, 2026